UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS MEDSKER, | : | Case No. 3:05cv1966 |
| Plaintiff, | : | JUDGE KATHLEEN O'MALLEY |
| v. | : | |
| | : | **ORDER** |
| JESSE WILLIAMS (Warden), | : | |
| Defendant. | : | |

Thomas Medsker, acting through counsel, has petitioned this Court for a writ of *habeas corpus* pursuant to 28 U.S.C. §2254, in which he challenges the constitutional sufficiency of his conviction for burglary. In sum, Medsker's petition contends that: (1) he was deprived of effective assistance of counsel (at various stages of his case and for different reasons); (2) his sentence violates the sentencing guidelines; (3) the evidence upon which his conviction was based is insufficient; (4) the jury instructions were defective; and (5) the prosecutor engaged in misconduct in violation of Medsker's constitutional rights.

Medsker's petition was referred to a magistrate judge of this Court, pursuant to 28 U.S.C. §636(b)(1)(C). The magistrate judge issued a Report and Recommendation ("R&R") (Doc. 12) in which she recommended that Medsker's petition be denied his case dismissed. Medsker has not filed any objections to the R&R. Because the Court reaches the same conclusions as the magistrate judge, no further articulation of its reasoning is required. *Tuggle v. Seabold*, 806 F.2d 87, 92-93 (6th Cir. 1986).

Accordingly, the magistrate judge's R&R is **<u>HEREBY ADOPTED</u>**, and Medsker's petition, and his case, is **<u>DISMISSED</u>**. Pursuant to 28 U.S.C. §1915(a), the Court certifies that an appeal *in forma pauperis* from this decision would be frivolous and could not be taken in good faith.

**IT IS SO ORDERED.**

<u>s/Kathleen M. O'Malley</u>
**KATHLEEN McDONALD O'MALLEY**
**UNITED STATES DISTRICT JUDGE**

**Dated: January 30, 2006**